IN RE: PHOENIX LICENSING, L.L.C.,
PATENT LITIGATION                                                        MDL No. 1910

## SCHEDULE A

### District of Arizona

State Farm Mutual Automobile Insurance Co. v. LPL Licensing, L.L.C., et al.,
   C.A. No. 2:07-1329
State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al.,
   C.A. No. 2:07-1895
United Services Automobile Association v. LPL Licensing, L.L.C., et al.,
   C.A. No. 2:07-1968

### District of Delaware

Citicorp Credit Services, Inc. v. LPL Licensing, L.L.C., et al.,
   C.A. No. 1:07-649

### Northern District of Illinois

Discover Products, Inc. v. Phoenix Licensing, L.L.C., et al.,
   C.A. No. 1:07-5776

### Eastern District of Texas

Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage Corp., et al.,
   C.A. No. 2:07-387